# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1447 | **DATE** | 2/15/2011 |
| **CASE TITLE** | Central States, Se. & Sw. Areas Pension Fund, et al. vs. Murphy Bros., Inc. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants the Fund's motion for summary judgment [docket no. 17] and denies Murphy's motion for summary judgment [docket no. 21]. The Court directs plaintiff's attorney to draft a proposed judgment order and present it to defendant's attorney for review. The case is set for a status hearing on February 23, 2011 at 9:30 a.m for entry of a final judgment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|